# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                        Case No.: 1:25–cr–00597

                                        Honorable Edmond E. Chang

Jorge Martinez–Lopez

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

      MINUTE entry before the Honorable Edmond E. Chang as to Jorge Martinez–Lopez: In–person initial appearance and arraignment proceedings held. The Defendant is in custody and appeared with the assistance of a Spanish–speaking interpreter and with the assistance of counsel. For the initial appearance, the Defendant was informed of his rights, the nature of the charges, and the maximum potential penalties. The Court held the Criminal Rule 5(f) colloquy with the government. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court, with both the prosecutor and defense counsel present, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. For the arraignment, the Defendant acknowledged receipt of a copy of the indictment, waived formal reading, and entered a plea of not guilty. The government reported that the discovery essentially comprises the alien A–file and the Defendant's criminal history. Defense counsel reported that the Defendant will be seeking to waive the PSR preparation. A change of plea hearing is set for 04/07/2026 at 2:00 p.m. If it is a plea agreement, then the government shall email a copy to Judge Chang's Proposed Order email account by 2:00 p.m. on 04/06/2025; if a plea declaration, then defense counsel shall send the email by the same deadline. Under 18 U.S.C. 3161(h)(7)(A), (B), time is excluded under the Speedy Trial Act from 03/18/2026 through 04/07/2026. The Court finds that the ends of justice that are served by the continuance outweigh the public's and the Defendant's interests in a speedy trial, in the interest of justice to give time for defense counsel and the Defendant to review the discovery and for plea negotiations to be finalized. The defendant shall remain in custody at this time. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.